UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X   Case No. 1-18-43141-cec

In Re:

          Chapter 13

Anthony Sylvester

          **NOTICE OF APPEARANCE**

        Debtor.

---------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Specialized Loan Servicing, LLC as servicer for Morgan Stanley Mortgage Loan Trust 2006-7, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated:  July 11, 2018
       Bay Shore, New York

                                        Kozeny & McCubbin, L.C. LLC

                                        /s/ Sabita Hajaree Ramsaran
                                        By: Sabita Hajaree Ramsaran, Esq.
                                        Attorney for Movant
                                        12400 Olive Blvd, Ste 555
                                        St. Louis, MO 63141
                                        Phone: (314) 991-0255
                                        Fax:  (314) 567-8019
                                        nybk@km-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X  Case No. 1-18-43141-cec
  In Re:

                Chapter 13

  Anthony Sylvester

**CERTIFICATE OF SERVICE**

        Debtor.

-------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Appearance and a copy of these pleadings were mailed by U.S. First Class Mail on July 11, 2018 to the parties listed below:

David J. Doyaga, Esq.
Attorney for Debtor
26 Court Street Suite 1601
Brooklyn, NY 11242

Anthony Sylvester, Debtor
709 Fountain Avenue
Brooklyn, NY 11208

Michael J. Macco, Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

U.S. Trustee
Office of the U.S. Trustee, Trustee
201 Varick Street, Room 1006
New York, NY 10014

                Respectfully submitted,

                 /s/ Sabita Hajaree Ramsaran
                By: Sabita Hajaree Ramsaran, Esq.
                Attorney for Movant
                12400 Olive Blvd, Ste 555
                St. Louis, MO 63141
                Phone: (314) 991-0255
                Fax:  (314) 567-8019
                nybk@km-law.com