UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE:

       Anthony Sylvester,

              Debtor.

------------------------------------------------------------x

CASE NO. 18-43141-CEC

CHAPTER 13

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**S I R S:**

       **PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4, hereby enters its appearance as attorneys for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4, in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

           STEIN, WIENER & ROTH, L.L.P.
           One Old Country Road, Suite 113
           Carle Place, New York 11514

       **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:      Carle Place, New York
               July 31, 2018

                                        STEIN, WIENER & ROTH, L.L.P.

                                        BY: _____
                                        PRANALI DATTA, ESQ.
                                        Attorneys for U.S. Bank National Association, as
                                        Trustee for Credit Suisse First Boston Mortgage Securities
                                        Corp., CSMC Mortgage-Backed Pass-Through Certificates,
                                        Series 2006-4
                                        One Old Country Road, Suite 113
                                        Carle Place, New York 11514
                                        (516) 742-1212

TO:
    Michael J. Macco, Esq.
    Trustee
    2950 Express Drive South, Suite 109
    Islandia, NY 11749

    David J. Doyaga, Esq.
    Debtor's Attorney
    26 Court Street, Suite 1601
    Brooklyn, NY 11242

    Anthony Sylvester
    Debtor
    709 Fountain Avenue
    Brooklyn, NY 11208-5403

    U.S. Trustee
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, NY 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:                                                           CASE NO. 18-43141-CEC

    Anthony Sylvester,

                                                            CHAPTER 13

                   Debtor.

-----------------------------------------------------------------X

================================================================

**NOTICE OF APPEARANCE and**
**REQUEST FOR SERVICE OF PAPERS**

================================================================

                          STEIN, WIENER & ROTH, L.L.P.
                          Attorneys for U.S. Bank National Association, as Trustee for
                          Credit Suisse First Boston Mortgage Securities Corp., CSMC
                          Mortgage-Backed Pass-Through Certificates, Series 2006-4
                          Office & P.O. Address
                          One Old Country Road, Suite 113
                          Carle Place, New York 11514
                          (516) 742-1212
                          69002/WELLS